# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | Case No. 1:03CR00012-001 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **WILLIAM IVON TURNER,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's Motions to Vacate Convictions under 28 U.S.C. § 2255, ECF Nos. 109, 115 pursuant to 28 U.S.C. § 2255 is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, it is further **ORDERED** that a certificate of appealability is DENIED.

ENTER: December 9, 2019

/s/ James P. Jones
United States District Judge